JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4305 Gateway, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a corporation; and DOES 1-25, inclusive.<br><br>　　　　Defendants. | Case No. 2:17-cv-00077- RGK(RAOx)<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**<br><br>Action Filed:　November 3, 2016<br>Action Removed: January 5, 2017<br>Trial Date:　　　January 23, 2018 |

　　　On November 20, 2017, the parties jointly submitted a Stipulation of Dismissal to the Court.

///

///

-1-
[PROPOSED] ORDER ON STIPULATION OF DISMISSAL

For good cause shown, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs and attorney fees.

IT IS SO ORDERED.

Dated this 21st day of November, 2017.

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE